DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GLORIA CRISOSTOMO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 07-257-EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: August 20, 2007 |
| GLORIA CRISOSTOMO, | ) Time: 10:00 a.m. <br> ) Judge: Edmund F. Brennan |
| Defendant. | ) |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, GLORIA CRISOSTOMO, by and through her counsel TARA I. Allen of the Federal Defenders Office, stipulate that the trial confirmation hearing set for August 13, 2007 be rescheduled for August 20, 2007 and the jury trial set for August 28, 2007 be rescheduled for September 11, 2007 at 10:00 a.m.

This continuance is requested to because the Tagalog Interpreter is not available on the previously scheduled dates.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the

1  trial confirmation hearing set for August 20, 2007 at 10:00 a.m.
2  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to
3  prepare and Local Code T4.
4  Dated: July 9, 2007                    Respectfully submitted,
5
                                          DANIEL J. BRODERICK
6                                         Acting Federal Defender

7                                         /s/ Tara I. Allen
                                          _____
8                                         TARA I. ALLEN
                                          Staff Attorney
9                                         Attorney for Defendant
                                          GLORIA CRISOSTOMO
10

11 Dated:  July 9, 2007                   MCGREGOR W. SCOTT
                                          United States Attorney
12
                                          /s/ Heiko Coppola for
13                                        MATTHEW STEGMAN
                                          Assistant U.S. Attorney
14
                                **O R D E R**
15

16      FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice
17 served by granting this continuance outweigh the best interest of the
18 public and the defendant in a speedy trial.  Time is excluded under
19 Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of
20 this Order to the trial confirmation hearing on date of August 20,
21 2007.
22      IT IS SO ORDERED that the trial confirmation hearing be set for
23 August 20, 2007 and the jury trial be set for September 11, 2007 at
24 10:00 a.m.
25 IT IS SO ORDERED.
26 Dated:   July 11, 2007.
                                          _____
27                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
28