1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  BENJAMIN C. SANDEL
   Certified Student, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2810



FILED

NOV 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>        Plaintiff,         )<br>                            )<br>   v.                       )<br>                            )<br> GLORIA S. CRISOSTOMO        )<br>                            )<br>        Defendant.          )<br>_____) | Cr. No. S-07-257 EFB<br><br>MOTION TO SEAL GOVERNMENT'S<br>SENTENCING MEMORANDUM<br>(UNDER SEAL)<br><br>DATE: November 19, 2007<br>TIME: 10:00 a.m.<br>JUDGE: Edmund F. Brennan |

The Government hereby moves the Court for an order sealing the Government's Sentencing Memorandum in this case.

This motion is based on the following: the nature of the defendant's relationship with her husband as outlined in the presentence report and as described by the probation officer. The probation officer is concerned that the relationship might involve some form of abuse, and the issues raised in the Sentencing Memorandum could cause an unnecessary negative impact on the defendant.

///
///
///

1

1 | The Government will serve defense counsel with the
2 | Sentencing Memorandum and the Motion to Seal.
3 | DATED: November _15_, 2007.        McGREGOR W. SCOTT
                                        United States Attorney
4 |
5 |                              By: /s/ Kyle Reardon for
                                     MATTHEW C. STEGMAN
6 |                                  Assistant U.S. Attorney

```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  BENJAMIN C. SANDEL
   Certified Student, Misdemeanor Unit
4  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-07-257 EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | SEALING ORDER |
| v. | ) | (UNDER SEAL) |
| | ) | |
| GLORIA S. CRISOSTOMO | ) | |
| | ) | DATE: November 19, 2007 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Edmund F. Brennan |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Government's Sentencing Memorandum, motion to seal, and this order filed in the above-captioned case be and are hereby ordered sealed.

DATED: November 16, 2007

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1